PAUL THOMAS CLARK
Idaho State Bar No. 1329
CLARK and FEENEY, LLP
The Train Station, Suite 201
13th and Main Streets
P. O. Drawer 285
Lewiston, Idaho  83501
Telephone:  (208)743-9516
Facsimile: (208) 746-9160
Email:  darla@clarkandfeeney.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF IDAHO

| | |
|---|---|
| ADAM F. ZINK and LAUREN ZINK, husband and wife, <br><br> Plaintiffs, <br><br> vs. <br><br> ST. LUKE'S HEALTH SYSTEM, LTD, a corporation licensed to do business in the State of Idaho; SELECTHEALTH, INC., a corporation licensed to do business in the State of Utah; and JOHN DOES 1-4 whose real names are unknown, <br><br> Defendants. | Case No. 1:22-CV-00359-DKG <br><br> **STATUS REPORT** |

Pursuant to District of Idaho Local Civil Rule 4.1, Plaintiffs Adam Zink and Lauren Zink ("Plaintiff")submits this status report on service of process.

Plaintiff initially field a Complaint for Damages and Demand for Jury Trial against Defendants on August 17, 2022.

Defendant SelectHealth, Inc., executed the Waiver of Service of Summons on September 1, 2022, with service being August 19, 2022, and Plaintiff filed the same with the Court on September 1, 2022.

Status Report -1-

Defendant St. Luke's Health System, LTD executed the Waiver of Service of Summons on September 9, 2022, with service being August 19, 2022, and Plaintiff filed the same with the Court on September 9, 2022.

DATED This 12th day of September, 2022.

                        CLARK AND FEENEY, LLP

                        By: */s/ Paul Thomas Clark*
                            Paul Thomas Clark
                            Attorney for Plaintiff