Nicole C. Hancock, ISB No. 6899
*nicole.hancock@stoel.com*
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Defendant St. Luke's Health
System, Ltd.

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ADAM F. ZINK and LAUREN ZINK,<br><br>        Plaintiffs,<br><br>    v.<br><br>ST. LUKE'S HEALTH SYSTEM, LTD., a corporation licensed to do business in the state of Idaho; SELECTHEALTH, INC., a corporation licensed to do business in the state of Utah; and JOHN DOES 1-4 whose real names are unknown,<br><br>        Defendants. | Case No. 1:22-cv-00359-DKG<br><br>**NOTICE OF APPEARANCE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

COMES NOW Nicole C. Hancock and enters her appearance as counsel for Defendant

St. Luke's Health System, Ltd.  All correspondence, pleadings, papers, and matters with regard

to the above-captioned matter shall additionally be directed to:

Nicole C. Hancock
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702-7705
Telephone: (208) 389-9000
Facsimile:  (208) 389-9040
Email:  nicole.hancock@stoel.com

DATED:  October 6, 2022.

STOEL RIVES LLP


/s/ Nicole C. Hancock
Nicole C. Hancock

Attorneys for Defendant St. Luke's Health
   System, Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2022, I served a copy of the foregoing **NOTICE OF APPEARANCE** on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing as follows:

Paul Thomas Clark
Clark and Feeney LLP
1229 Main St.
P.O. Drawer 285
Lewiston, ID  83501
tclark@clarkandfeeney.com


/s/ Nicole C. Hancock
Nicole C. Hancock