Nicole C. Hancock, ISB No. 6899
*nicole.hancock@stoel.com*
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Defendant St. Luke's Health System, Ltd.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ADAM F. ZINK and LAUREN ZINK,<br><br>            Plaintiffs,<br><br>     v.<br><br>ST. LUKE'S HEALTH SYSTEM, LTD., a corporation licensed to do business in the state of Idaho; SELECTHEALTH, INC., a corporation licensed to do business in the state of Utah; and JOHN DOES 1-4 whose real names are unknown,<br><br>            Defendants. | Case No. 1:22-cv-00359-DKG<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules 6.1 and 7.3, Plaintiffs Adam Zink and Lauren Zink, and Defendants St. Luke Health System, Ltd. and SelectHealth, Inc. stipulate and respectfully move the Court to extend the time for Defendants to file responses to Plaintiffs' Complaint for Damages and Declaratory Relief ("Complaint").

The current deadline for Defendants to respond to the Complaint is October 18, 2022. The parties request that the deadline be extended to October 31, 2022 due to coordination among

the parties for acceptance of service forms. The parties have conferred and agree there is good cause for the stipulated extension, and that it is not requested for an improper purpose and will not unduly delay resolution of this action.

DATED this 6th day of October, 2022.

**CLARK AND FEENEY, LLP**

/s/ Paul Thomas Clark
Paul Thomas Clark

*Attorney for Plaintiffs Adam F. Zink and Lauren Zink*

**STOEL RIVES LLP**

*/s/* Nicole C. Hancock
Nicole C. Hancock

*Attorney for Defendant St. Luke's Health System, Ltd.*

**HOLDEN, KIDWELL, HAHN & CRAPO, PLLC**

*/s/* D. Andrew Rawlings
D. Andrew Rawlings

**MANNING CURTIS BRADSHAW & BEDNAR, PLLC**

Alan C. Bradshaw *(pro hac vice application forthcoming)*
Michael E. Harmond *(pro hac vice application forthcoming)*
Nicolas C. Wilde *(pro hac vice application forthcoming)*

*Attorneys for Defendant SelectHealth, Inc.*

STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF - 2
117024466.1 0048059-00012

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2022, I served a copy of the foregoing **STIPULATED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF** on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing as follows:

Paul Thomas Clark
Clark and Feeney LLP
1229 Main St.
P.O. Drawer 285
Lewiston, ID  83501
tclark@clarkandfeeney.com

D. Andrew Rawlings
Holden, Kidwell, Hahn & Crapo, P.L.L.C.
PO Box 50130
Idaho Falls, ID  83405
arawlings@holdenlegal.com

| | |
|---|---|
| Alan C. Bradshaw<br>Michael E. Harmond<br>Nicolas C. Wilde<br>Manning Curtis Bradshaw & Bednar PLLC<br>136 E. South Temple, Ste. 1300<br>Salt Lake City, UT  84111<br>(*pro hac vice applications forthcoming*) | Via email:<br><br>abradshaw@mc2b.com<br>mharmond@mc2b.com<br>nwilde@mc2b.com |

/s/ Nicole C. Hancock
Nicole C. Hancock